IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:07CV137-V

| | |
|---|---|
| DARRYL L. CULP, <br> BETTIE O. CULP, <br>     Plaintiffs, <br> <br> vs. <br> <br> COUNTRYWIDE HOME LOANS, INC., <br>     Defendant. | **O R D E R** |

**THIS MATTER** is before the Court upon the motion of Defendant Countrywide Home Loans, Inc. ("Countrywide") seeking dismissal of Plaintiffs' Complaint and Defendant's Memorandum In Support, filed December 27, 2007. (Documents #3, #4) Plaintiffs, who are acting *pro se*, have not responded to Defendant's motion or sought additional time to do so.

**IT IS, THEREFORE, ORDERED** that Plaintiffs are directed to **RESPOND** to Defendant's Motion To Dismiss **on or before Friday, June 13, 2008.**

**IT IS FURTHER ORDERED** that a copy of this Order, and a copy of a "Pro Se Litigant Guide," shall be served on both Plaintiffs via certified mail, return receipt requested, at 799 Pinkney Place, Stanley, North Carolina 28164.

    **PLAINTIFFS DARRYL AND BETTIE CULP:**

        **FAILURE TO RESPOND ON OR BEFORE JUNE 13, 2008, MAY RESULT IN SUMMARY DISMISSAL OF THIS CIVIL ACTION WITH PREJUDICE.**

        Signed: May 12, 2008

        Richard L. Voorhees
        United States District Judge