# United States District Court
# For The Western District of North Carolina
# Statesville Division

DARRYL L. CULP AND BETTIE O. CULP,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                    CASE NO. 5:07CV137

COUNTRYWIDE HOME LOANS,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 17, 2009. Order.

                                                  Signed: February 17, 2009

                                                  *[signature]*

                                                  Frank G. Johns, Clerk
                                                  United States District Court